# United States District Court

## Southern District of Georgia

ANTONIO DEJESUS and TRACY E. STARLING on behalf of themselves and all others similarly situated,

Plaintiff

v.

TMX FINANCE CORPORATE SERVICES, INC.,

Defendant

Case No. 4:23-cv-00113-RSB-CLR

Appearing on behalf of

Plaintiff

(Plaintiff/Defendant)

## ORDER OF ADMISSION

It appearing to the Court that the requirements stated in LR 83.4 for admission *pro hac vice* have been satisfied, **Petitioner's** request to appear *pro hac vice* in the United States District Court for the Southern District of Georgia in the subject case is **GRANTED**.

This __2nd__ day of __May__, __2023__.

_____
UNITED STATES MAGISTRATE JUDGE

*****

NAME OF PETITIONER: David A. Goodwin

Business Address: GUSTAFSON GLUEK PLLC
Firm/Business Name

Canadian Pacific Plaza, 120 South 6th Street, Suite 2600
Street Address

| Street Address (con't) | Minneapolis | MN | 55402 |
|---|---|---|---|
|  | City | State | Zip |

Mailing Address (if other than street address)

| Address Line 2 | City | State | Zip |
|---|---|---|---|
| (612) 333-8844 |  | 386715 | |
| Telephone Number (w/ area code) | | Minnesota Bar Number | |

Email Address: dgoodwin@gustafsongluek.com